UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                     ) CASE NO. CR13-238-JCC
    Plaintiff, )
                                      )
    v. )
                                      ) DETENTION ORDER
LEONARDO MOTA-VALENZUELA, )
                                      )
    Defendant. )
                                      )

<u>Offense charged</u>:    Conspiracy to Distribute Cocaine and MDMA/Ecstacy, Conspiracy to Export Cocaine, Aiding and Abetting the Distribution of Cocaine; Forfeiture Allegations

<u>Date of Detention Hearing</u>:    February 6, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant does not have legal status in the United States. He is a native and citizen of Mexico. While his partner and children reside in the U.S., other family resides in Mexico, where he owns property. Defendant's criminal record includes a number of failures to appear with bench warrant activity in DWLS cases. Defendant is currently in removal proceedings with ICE. An immigration detainer has been lodged.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>6th</u> day of February, 2019.

                                            */s/ Mary Alice Theiler*
                                            Mary Alice Theiler
                                            United States Magistrate Judge