UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LEONARDO MOTO-VALENZUELA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the pretrial motion deadline (Dkt. No. 114). Finding good cause, the Court grants the parties motion. All pretrial motions in this case shall be filed no later than February 27, 2019.

DATED this 15th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk