THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LEONARDO MOTO-VALENZUELA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for the Government to respond to Defendant's pretrial motions (Dkt. No. 119). Finding good cause, the motion is GRANTED. The Government shall respond to Defendant's pretrial motions (Dkt. Nos. 116, 117, 118) no later than March 13, 2019.

DATED this 28th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk