UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO MOTA-VALENZUELA,<br><br>Defendant. | CASE NO. CR13-0238-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue trial and to reset the noting date for Defendant's pending pretrial motions (Dkt. No. 122) and Defendant's speedy trial waiver (Dkt. No. 121). Having thoroughly considered the motion and the relevant record, the Court FINDS that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the discovery in this case, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as Defendant has requested more time to prepare for trial; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

Therefore, the Court GRANTS the parties' stipulated motion (Dkt. No. 122). Trial in the above-captioned matter is CONTINUED from March 25, 2019 to April 22, 2019 at 10:00 a.m. The Court FINDS that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). Defendant's pending motions (Dkt. Nos. 116, 117, 118) are hereby RE-NOTED to April 5, 2019. The Government shall file its responses to Defendant's motions no later than March 27, 2019. Defendant shall file his replies no later than April 3, 2019. Any additional pretrial motions shall be filed no later than April 5, 2019.

DATED this 12th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE